FILED
Sep 27 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson  **RE:** Racoma, Cornell
U.S. Magistrate Judge

**FROM:** Sheri Broussard,  **Docket No.:** 4:20-70891M-1
U.S. Pretrial Services Officer

**Date:** September 27, 2021

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Sheri Broussard                                                                415-436-7511

**U.S. Pretrial Services Officer**                                   **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

**A.**

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_____                                    September 27, 2021
**JUDICIAL OFFICER**                                                  **DATE**
Thomas S. Hixson, U.S. Magistrate Judge